

# IN THE
# TENTH COURT OF APPEALS

No. 10-24-00304-CV

**PROGRESSIVE ADVANTAGE AGENCY, INC.,**

**Appellant**

**v.**

**CLAYTON WOODY AND JULIE WOODY,**

**Appellees**

From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C202400184

## MEMORANDUM OPINION

Progressive Advantage Agency, Inc. attempts to appeal from a default judgment rendered against it. By letter dated September 24, 2024, the Clerk of this Court informed Progressive that the appeal was subject to dismissal because no final, appealable judgment or order had been signed by the trial court. *See* TEX. R. APP. P. 42.3; 44.3. *See also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). ("A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record…"). Specifically, the Clerk informed Progressive that it appeared the trial court's "Default

Judgment" did not dispose of the claims against ASI Lloyds. In the same letter, the Clerk warned Progressive that the appeal would be dismissed unless Progressive responded showing grounds for continuing the appeal.

Progressive responded but did not show grounds for continuing the appeal. Rather, Progressive specifically stated in its response that "the Default Judgment was *not* a final order because it did *not* dispose of *all* claims against *all* parties." (Emphasis in original).

Accordingly, this appeal is dismissed for want of jurisdiction. TEX. R. APP. P. 42.3(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Appeal dismissed
Opinion delivered and filed October 17, 2024
[CV06]

